ACCEPTED
03-15-00007-CV
3709588
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 10:37:54 AM
JEFFREY D. KYLE
CLERK

# STATE BAR OF TEXAS



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 10:37:54 AM
JEFFREY D. KYLE
Clerk

Office of the Chief Disciplinary Counsel

January 9, 2015                                        BY ELECTRONIC FILING

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711

Re:    No. 03-15-00007-CV; *John Doe v. Board of Directors of the State Bar of Texas, et al*;
       126th Judicial District Court Cause No. D-1-GN-14-001635

Dear Mr. Kyle:

Please accept this letter as a Notice of Appearance and Designation of Lead Counsel for all
appellees in the case referenced above.

Please direct all communications concerning this matter to:

>       Cynthia Canfield Hamilton, Senior Appellate Counsel
>       State Bar Card No. 00790419
>       Office of the Chief Disciplinary Counsel
>       State Bar of Texas
>       P.O. Box 12487
>       Austin, Texas 78711
>       chamilton@texasbar.com

If you have any questions, please feel free to contact me at (512) 427-1349.

Thank you for your assistance.

Sincerely,

/s/ Cynthia Canfield Hamilton
Cynthia Canfield Hamilton
Senior Appellate Counsel

c:     Mr. Gaines West, Mr. Rob George, West, Webb, Allbritton & Gentry, 1515 Emerald
       Plaza, College Station, TX 77845
       (By electronic service through this Court's electronic service provider)

P.O. Box 12487, Austin, Texas 78711-2487, 1.877.953.5535; 512.427.1350; Fax: 512.427.4167